## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR No. 1:14-cr-00021-M-LDA |
| ) | |
| DAVID ALCANTARA ) | |

## NOTICE OF APPEAL

Now comes David Alcantara, the Defendant in the above-captioned matter, by and through his counsel, and moves to appeal the conviction and sentence in this case, entered by the District Court on September 9, 2015, to the First Circuit Court of Appeals.

Respectfully submitted,
David Alcantara.
By his attorney,

/s/ Molly Kapstein Cote

_____
Molly Kapstein Cote, #6608
The Law Offices of
Molly Kapstein Cote
600 Tollgate Road
Warwick, RI 02886
(401) 739-8500
molly@mollykcotelaw.com

## CERTIFICATION

I hereby certify that I filed and served a copy of the within via CM-ECF on Lee Vilker, AUSA, Sandra Hebert, AUSA and the United States Probation Office on the 14th day of September 2015.

/s/ Molly Kapstein Cote